UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

AFFIDAVIT OF __Michael E. Piston__
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
__1:16 cv 05032___

Mohamed Kakar
--------------------------------------------------------X

State of New York
County of New York

__Michael E. Piston_____, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __Michael E. Piston, Attorney at Law__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __Michigan__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant __Mohamed Kakar__.

Pursuant to 28 U.S.C. 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated: __10/10/2016__        __s/Michael E. Piston__
                              Signature of Movant
NOTARIZED                     Firm Name __Michael E. Piston, Attorney at Law__
                              Address __225 Broadway Suite 307__
                              __New York, NY 10007__
                              Email __michaelpiston4@gmail.com__
                              Phone __646-845-9895__