UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MOHAMED QASEEM KAKAR,

                                    **NOTICE OF CROSS-MOTION**

                  Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND         Civil Action No.
INFORMATION SERVICES,                           CV-16-5032 (KAM)

                  Defendant.
-------------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law; the certified administrative record; and all pleadings and proceedings herein, defendant United States Citizenship and Information Services will cross-move before the Honorable Kiyo A. Mastumoto, United States District Judge, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on submission, unless the Court designates a date and a time, for summary judgment dismissing the Complaint in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 56; and for such other and further relief as this Court may deem just and proper; and

PLEASE TAKE FURTHER NOTICE that, pursuant to the current Scheduling Order, plaintiff's answering papers and reply, if any, as to his own motion, must be served on or before October 13, 2017; and defendant's reply papers, if any, as to its cross-motion must be served on or before November 1, 2017.

Dated: Brooklyn, New York                 BRIDGET M. RODHE
       September 13, 2017                   Acting United States Attorney
                                                     *Counsel for Defendant*
                                                     Eastern District of New York
                                                     271 Cadman Plaza East, 7th Fl.
                                                     Brooklyn, New York 11201

                                       By:   /s/ Layaliza Soloveichik
                                                   LAYALIZA SOLOVEICHIK
                                                   Assistant United States Attorney
                                                   (718) 254-6298
                                                   layaliza.soloveichik@usdoj.gov

TO:    Michael E. Piston, Esq.
        *Counsel for Plaintiff*
        MICHAEL E. PISTON, ATTORNEY AT LAW
        225 Broadway, Suite 307
        New York, New York 10007
        (645) 845-9895