Michael E. Piston
Attorney for the Plaintiff
225 Broadway Ste 307
New York, NY 10007
Phone 646-845-9895
Fax 206-770-6350

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MOHAMED QASEEM KAKAR,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br><br>Defendant. | Case No.: 1-16-cv-05032-KAM<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that the plaintiff, MOHAMMED KAKAR, by his attorney, MICHAEL E. PISTON, moves this Court, before the Honorable JUDGE KIYO A. MATSUMOTO, United States District Judge, at the United States Federal Courthouse, Eastern District of New York, 225 Cadman Plaza East, Courtroom N6G, Brooklyn, New York, [on a date to be set by this Court], for an Order granting a motion to for summary judgment pursuant to Federal Rules of Civil Procedure 56(a), and for such other and further relief as the Court deems appropriate.

Respectfully submitted this 13th day of July, 2017.

*/s/Michael E. Piston*
Attorney for Plaintiff
225 Broadway Ste 307
New York, NY 10007
Ph: (646)845-9895
Fax: (206)770-6350
Email: michaelpiston4@gmail.com

To:

BRIDGET M. ROHDE
 Acting United States Attorney
*Counsel for Defendant*
 Eastern District of New York
 271 Cadman Plaza East, 7th Floor
 Brooklyn, New York 11201

LAYALIZA SOLOVEICHIK
 Assistant United States Attorney
 (718) 254-6298
 layaliza.soloveichik@usdoj.gov

2

CERTIFICATE OF SERVICE

This is to certify that on July 13, 2017 I emailed the foregoing to:

LAYALIZA SOLOVEICHIK
 Assistant United States Attorney
*Counsel for Defendant*
 Eastern District of New York
 271 Cadman Plaza East, 7th Floor
 Brooklyn, New York 11201
 (718) 254-6298
 layaliza.soloveichik@usdoj.gov

   <u>*/s/Michael E. Piston*</u>
   Attorney for Plaintiff
   225 Broadway Ste 307
   New York, NY10007
   Ph: (646)845-9895
   Fax: (206)770-6350
   Email: michaelpiston4@gmail.com