**Michael E. Piston**
*Attorney at Law*
225 Broadway,
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

Michael E. Piston*

*Admitted in the State of Michigan.
Practice in the State of New York limited
to the federal courts and administrative
agencies

January 30, 2018

Judge Kiyo A. Matsumoto
United States District Court Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Case 1:16-cv-05032-KAM Kakar v. United States Citizenship and Immigration Services

Greetings Judge Matsumoto:

With this letter please find:

1. Plaintiff's Notice of Motion

2. Plaintiff's Statement of Undisputed Facts

3. Plaintiff's Memorandum of Fact and Law in Support of Plaintiff's Motion for Summary Judgment

4. Plaintiff's Opposition and Reply to the Government's Memorandum of Law in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

I will be submitting two courtesy copies of the same to your chambers shortly.

Respectfully

*s/Michael E. Piston*
Michael E. Piston
Attorney for the Plaintiff